TSC/JCS/bla-13118.C6E3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORTON HARLOE ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | No. |
| ) | |
| LIFESPACE DG, LLC, and ) | |
| OAK TRACE, ) | |
| ) | |
| Respondents ) | |

### PETITION FOR REMOVAL

TO:  CLERK OF THE UNITED STATES DISTRICT COURT
Northern District of Illinois
Eastern Division at Chicago
219 S. Dearborn St.
Suite 1430
Chicago, IL 60604

Brian Holmes
HURLEY MCKENNA & MERTZ, P.C.
33 N. Dearborn St., Ste 1430
Chicago, IL 60602

CLERK OF THE CIRCUIT COURT OF COOK COUNTY
50 W. Washington St.
Chicago, IL 60602

Respondents, LIFESPACE DG, LLC and OAK TRACE, provide this Petition for Removal based on diversity of citizenship under 28 U.S.C. § 1441. The specific grounds for removal are as follows:

1.  On October 14, 2015, Petitioner, MORTON HARLOE, an Illinois citizen, filed a Petition for an Order Authorizing Petitioner's Deposition for the Purpose of Perpetuating his Testimony Pursuant to Illinois Supreme Court Rule 217, in the Circuit

1

Court of Cook County, Illinois, Case No. 2015-L-010485. The Petition contains a proposed Complaint that alleges that the Petitioner has claims against Respondents under the Illinois Nursing Home Care Act, 210 ILCS 45/1-101, et seq., in the Circuit Court of Cook County, Illinois. (See Petition, proposed Complaint and Summons attached as Exhibit A.) This Complaint seeks damages in excess of $50,000 as well as Attorney's Fees and costs.

2. Respondent, LIFESPACE DG, LLC, was served with a copy of the Petition, proposed Complaint and Summons on October 19, 2015. (See Service of Process Transmittal attached as Exhibit B.)

3. This Petition for Removal is brought under 28 U.S.C. §1441 and §1446. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of seventy-five thousand dollars ($75,000).

4. Respondent, LIFESPACE DG, LLC, is a citizen of the state of Iowa.

5. Respondent, OAK TRACE, is an active assumed name of Respondent, LIFESPACE DG, LLC d/b/a OAK TRACE.

6. The Petitioner, MORTON HARLOE, is a citizen of the state of Illinois.

7. There is complete diversity of citizenship between the parties under 28 U.S.C. § 1332.

8. This Petition's proposed Complaint alleges claims of negligence and violation of the Illinois Nursing Home Care Act. Although Respondents deny that Petitioner is entitled to any relief whatsoever, these Respondents believe, in good faith, that the amount in controversy exceeds seventy-five thousand dollars ($75,000).

9. The underlying state court action is one in which this court has original jurisdiction under the provisions of the 28 U.S.C. § 1332 and is one that may be removed to this Court by the Respondents pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of seventy-five thousand ($75,000) exclusive of costs and interest and there is complete diversity between Petitioner and Respondents.

10. Although a filing pursuant to Illinois Supreme Court Rule 217 is filed before an action has been commenced, its object is to preserve testimony for purposes of the anticipated lawsuit. Frye v. Massie, 115 Ill. App. 3d 48, 53 (Ill. App. Ct. 5th Dist. 1983). Rule 217 requires that the subject matter of the testimony be cognizable in any court or proceeding and contemplates that the party taking the deposition will be a party to the action. Id. Thus, rather than constituting a separate and independent action, a Rule 217 proceeding is dependent upon a proposed suit and must be viewed as part of that action. Id. Therefore, the Petition for an Order Authorizing Petitioner's, MORTON HARLOE, Deposition for the Purpose of Perpetuating his Testimony Pursuant to Illinois Supreme Court Rule 217 is dependent upon the proposed Complaint, must be viewed as part of that action, and is subject to removal by the Respondents.

11. Pursuant to 28 U.S.C. § 1446(a), a copy of the court file, including a copy of all process, petitions, proposed pleadings, and orders served upon Respondents are attached as Exhibit A.

12. Respondents, LIFESPACE DG, LLC and OAK TRACE, are providing written notice of the filing of this Petition for Removal to all attorneys of record and the Clerk of the Circuit Court of Cook County.

                        Respectfully submitted:

                        **myers carden & sax** LLC

                        By:   /s/Terrence S. Carden, III
                              Attorneys for Defendant,
                              LIFESPACE DG, LLC and OAK TRACE

Terrence S. Carden, III (ARDC# 6205378)
Jaime C. Such (ARDC# 6310269)
**myers carden & sax** LLC
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
312-345-7250 FAX: (312) 345-7251