ELECTRONICALLY FILED
10/14/2015 3:34 PM
2015-L-010485
CALENDAR: J
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MORTON HARLOE, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No.: |
| | ) |
| LIFESPACE DG, LLC, and OAK TRACE, | ) |
| | ) |
| Respondents. | ) |

### PETITIONER MORTON HARLOE'S SUPREME COURT RULE 217 PETITION FOR AN ORDER AUTHORIZING HIS DEPOSITION FOR THE PURPOSE OF PERPETUATING HIS TESTIMONY

NOW COMES Petitioner, MORTON HARLOE, by and through his attorneys in this regard, HURLEY McKENNA & MERTZ, P.C., and as his Supreme Court Rule 217 Petition for an Order Authorizing his Deposition for the Purpose of Perpetuating his Testimony prior to filing suit against Respondents, LIFESPACE DG, LLC and OAK TRACE (hereinafter referred to collectively as "LIFESPACE"), states as follows:

1. Upon information and belief, before, during, and subsequent to April 5, 2015, and at all times relevant hereto, Respondents LIFESPACE were Illinois corporations licensed to do business in the state of Illinois and had their registered agents in the City of Chicago, Cook County, Illinois. Accordingly, venue is proper in the Circuit Court of Cook County, Illinois.

2. Petitioner MORTON HARLOE currently resides at Atria Park of Glen Ellyn, 95 Carelton Avenue, Glen Ellyn, IL 60137.

3. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, Respondents LIFESPACE owned and operated and/or were the licensee of a nursing home commonly known as Oak Trace, located at or near 200 Village Drive in Downers Grove, Illinois.

4. Petitioner MORTON HARLOE has a claim against Respondents LIFESPACE under the Illinois Nursing Home Care Act (210 ILCS 45/3-101, *et seq.*), arising from injuries he

sustained in a fall on April 5, 2015 while under Respondents' care. (A copy of Petitioner's proposed Complaint at Law is attached hereto as Exhibit A).

5. Petitioner MORTON HARLOE seeks to perpetuate his own testimony concerning his recollection of the circumstances surrounding his April 5, 2015 fall and the pain and suffering he has experienced and continues to experience as a result of said fall.

6. Petitioner MORTON HARLOE is 94 years old and in declining health. Accordingly, Petitioner MORTON HARLOE seeks to testify concerning the aforementioned topics immediately to preserve his testimony should he die prior to testifying in the forthcoming action against Respondents LIFESPACE.

7. Based on the foregoing, Petitioner MORTON HARLOE respectfully requests that this Court enter an Order authorizing Petitioner MORTON HARLOE to take his own deposition upon oral examination for the purposes of perpetuating his testimony.

WHEREFORE Petitioner, MORTON HARLOE, prays that this Honorable Court grant his Supreme Court Rule 217 Petition for an Order Authorizing his Deposition for the Purpose of Perpetuating his Testimony prior to filing suit against Respondents, LIFESPACE DG, LLC and OAK TRACE.

BRIAN J. HOLMES
One of the Attorneys for the Petitioner

ELECTRONICALLY FILED
10/14/2015 3:34 PM
2015-L-010485
PAGE 2 of 6

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

BRIAN J. HOLMES

HURLEY McKENNA & MERTZ, P.C.
Attorneys for Petitioner
33 N. Dearborn Street, Suite 1430
Chicago, Illinois 60602
(312) 553-4900
Atty. No. 41267

ELECTRONICALLY FILED
10/14/2015 3:34 PM
2015-L-010485
PAGE 3 of 6

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MORTON HARLOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| LIFESPACE DG, LLC, and OAK TRACE, | ) ) ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## COMPLAINT AT LAW

NOW COMES Plaintiff, MORTON HARLOE, by and through his attorneys in this regard, HURLEY McKENNA & MERTZ, P.C., and as his Complaint at Law against defendants LIFESPACE DG, LLC and OAK TRACE (hereinafter referred to collectively as "LIFESPACE"), upon information and belief, states as follows:

1. This cause of action is brought by Plaintiff MORTON HARLOE for violations of the Illinois Nursing Home Care Act, (210 ILCS 45/3-101, *et seq.*).

2. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, defendants LIFESPACE were Illinois corporations licensed to do business in the State of Illinois.

3. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, defendants LIFESPACE owned and operated and/or were the licensee of a nursing home commonly known as Oak Trace, located at or near 200 Village Drive in Downers Grove, Illinois.

4. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, defendants LIFESPACE provided shelter, care, equipment, and personnel, who were duly authorized agents and employees of the defendants, for the care and treatment of their residents at Oak Trace.

5. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, Plaintiff MORTON HARLOE was a resident of Oak Trace and under the continuous care and

ELECTRONICALLY FILED
10/14/2015 3:34 PM
2015-L-010485
PAGE 4 of 6

EXHIBIT A

treatment of defendants LIFESPACE.

6. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, Plaintiff MORTON HARLOE was at high risk for falls.

7. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, employees of defendants LIFESPACE recognized that Plaintiff MORTON HARLOE was at high risk for falls.

8. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, Plaintiff MORTON HARLOE suffered from limb-girdle myopathy and had no strength in his thighs.

9. On or about April 5, 2015, a Certified Nurse Assistant employee of defendants LIFESPACE left Plaintiff MORTON HARLOE unattended while he toileted.

10. On or about April 5, 2015, while unattended, MORTON HARLOE fell to the floor when he attempted to stand up from the toilet, fracturing his bilateral kneecaps and his femur.

11. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, defendants LIFESPACE owed Plaintiff MORTON HARLOE the duty to comply with the Illinois Nursing Home Care Act, (210 ILCS 45/3-101 *et. seq.*).

12. Before, during, and subsequent to April 5, 2015, and at all times relevant hereto, defendants LIFESPACE, by and through their duly authorized agents and employees, continuously and routinely violated the Illinois Nursing Home Care Act, (210 ILCS 45/3-101 *et. seq.*), for one or more of the following reasons:

    a. Failed to properly assess MORTON HARLOE;

    b. Failed to prevent MORTON HARLOE from falling;

    c. Failed to institute proper fall precautions for MORTON HARLOE;

ELECTRONICALLY FILED
10/14/2015 3:34 PM
2015-L-010485
PAGE 5 of 6

ELECTRONICALLY FILED
10/14/2015 3:34 PM
2015-L-010485
PAGE 6 of 6

    d. Failed to provide adequate assistance to MORTON HARLOE for toileting;

    e. Failed to properly supervise and assist MORTON HARLOE while he toileted;

    f. Failed to provide adequate assistance to MORTON HARLOE for transfers;

    g. Failed to properly monitor MORTON HARLOE;

    h. Left MORTON HARLOE unattended while he toileted;

    i. Neglected MORTON HARLOE; and

    j. Otherwise violated the Illinois Nursing Home Care Act;

13. As a proximate result of one or more of the foregoing violations of the Illinois Nursing Home Care Act by defendants LIFESPACE, Plaintiff MORTON HARLOE suffered bilateral kneecaps and femur fractures, and has incurred and continues to incur injuries of a personal and pecuniary nature.

14. Pursuant to 210 ILCS 45/3-602, plaintiff seeks actual damages, costs and attorney's fees for the injuries suffered by Plaintiff MORTON HARLOE as a result of the violations of the Illinois Nursing Home Care Act by defendants LIFESPACE.

WHEREFORE Plaintiff, MORTON HARLOE, demands judgment against defendants LIFESPACE DG, LLC and OAK TRACE in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs and all other damages authorized by law.

                                                  BRIAN J. HOLMES
                                                  One of the Attorneys for the Plaintiff

Michael T. Mertz
Brian J. Holmes
HURLEY McKENNA & MERTZ, P.C.
Attorneys for Plaintiff
33 N. Dearborn Street, Suite 1430
Chicago, Illinois 60602
(312) 553-4900
Atty. No. 41267

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| ☑ SUMMONS | ☐ ALIAS - SUMMONS |

(2/18/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2015-L-010485

MORTON HARLOE;

(Name all parties)

v.

LIFESPACE DG, LLC

**Defendant Address:**

LIFESPACE DG. LLC
R/A C T CORPORATION SYSTEM
208 SOUTH LASALLE STREET. SUITE 814
CHICAGO. IL 60604

**Summons**

To each Defendant: ☑ SUMMONS ☐ ALIAS - SUMMONS

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room ____801____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 41267
Name: HURLEY MCKENNA MERTZ
Atty. for: MORTON HARLOE
Address: 33 N DEARBORN #1430
City/State/Zip: CHICAGO, IL 60602
Telephone: (312) 553-4900

WITNESS, Wednesday, 14 October, 2015

DOROTHY BROWN
Clerk of Court

Date of service: 10/19/15
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

Is DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



DOC. TYPE: LAW
CASE NUMBER: 15LL010485
DEFENDANT
LIFESPACE DG, LLC
208 S LASALLE ST
CHICAGO, IL 60604
SUITE 814

DIE DATE
11/07/2015

SERVICE INF
RM #801 R/A
CORPORATI

ATTACHED

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| ☑ SUMMONS | ☐ ALIAS - SUMMONS |

(2/18/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2015-L-010485

MORTON HARLOE;

(Name all parties)

v.

LIFESPACE DG, LLC

Defendant Address:

LIFESPACE DG, LLC
R/A C T CORPORATION SYSTEM
208 SOUTH LASALLE STREET. SUITE 814
CHICAGO, IL 60604

### Summons

To each Defendant: ☑ SUMMONS   ☐ ALIAS - SUMMONS

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 41267
Name: HURLEY MCKENNA MERTZ
Atty. for: MORTON HARLOE
Address: 33 N DEARBORN #1430
City/State/Zip: CHICAGO, IL 60602
Telephone: (312) 553-4900

WITNESS, Wednesday, DOROTHY BROWN, 2015
CLERK OF THE CIRCUIT COURT

/s DOROTHY BROWN
Clerk of Court
(SEAL)

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

/s DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DIE DATE
11/07/2015

DOC.TYPE: LAW
CASE NUMBER: 15LL010485
**DEFENDANT**
LIFESPACE DG, LLC
208 S LASALLE ST
CHICAGO, IL 60604
SUITE 814

**SERVICE INF**
RM #801 R/A
CORPORATI

**ATTACHED**