**CT Corporation**

**Service of Process Transmittal**
10/19/2015
CT Log Number 528013016

**TO:** Jodi Hirsch, Counsel
Lifespace Communities, Inc.
100 E Grand Ave Ste 200
Des Moines, IA 50309-1835

**RE:** **Process Served in Illinois**

**FOR:** Lifespace DG, LLC (Domestic State: IA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Morton harloe, Petitioner vs. Lifespace DG, LLC and Oak Trace, Respondents |
| **DOCUMENT(S) SERVED:** | Summonses, Petition, Exhibit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2015L010485 |
| **NATURE OF ACTION:** | Order Authorizing Petitioner's Deposition for the Purpose of Perpetuating Testimony |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/19/2015 at 09:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after Service, not counting the day of Service |
| **ATTORNEY(S) / SENDER(S):** | Brian J. Holmes<br>Hurley McKenna & Mertz, P.C.<br>33 N. Dearborn Street, Suite 1430<br>Chicago, IL 60602<br>312-5530-4900 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 781547805650<br><br>Image SOP<br><br>Email Notification, Jodi Hirsch  jodi.hirsch@lifespacecommunities.com<br><br>Email Notification, Shari Turner  shari.turner@lifespacecommunities.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / AD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.