# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Morton Harloe
        Plaintiff,

v.                Case No.: 1:15−cv−09932
                Honorable Matthew F. Kennelly

Lifespace DG, LLC, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2017:

  MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 1/31/2017. Case is dismissed without prejudice pursuant to the settlement agreement with leave to reinstate on or before 3/2/2017. If a motion to reinstate is not filed before that date, this dismissal will convert to a dismissal with prejudice without further order of the court. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.